M. PROUSE NEAL, Respondent, v. JOHN J. SCANLON, JR., and Others, Appellants. M. PROUSE NEAL, Respondent, v. D. JOSEPH SCANLON and Others, Appellants.—

Stay pending appeal continued until opening of January term, upon condition that appellants give a bond for $500 in each case to protect respondent against waste. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.